# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOLOMON NESTOR BACA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-15-1335-R |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## REPORT AND RECOMMENDATION

Petitioner, a federal prisoner appearing pro se, has filed a application/motion for leave to proceed *in forma pauperis* (ECF No. 5). Pursuant to an order entered by United States District Judge David L. Russell, this matter has been referred to the undersigned magistrate judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Having reviewed said motion, the undersigned finds that Petitioner has sufficient funds to prepay the filing fee of $5.00. Specifically, the Petitioner attached an Inmate Statement reflecting an account balance of $184.50. Because he does not qualify for authorization to proceed without prepayment of the filing fee, it is recommended that Petitioner's Motion, **(ECF No. 5)** be **DENIED** and that he be ordered to prepay the full $5.00 filing fee for this action to proceed. 28 U.S.C. § 1915(a)(1). *Lister v. Department of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (magistrate judge should issue a report and recommendation when denying motion to proceed *in forma pauperis*.).

It is further recommended that this action be dismissed without prejudice to re-filing unless Petitioner pays the $5.00 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting this Report and Recommendation.

Petitioner is advised that he may file an objection to this Report and Recommendation with the Clerk of this Court by **January 25, 2016**. Petitioner is further advised that failure to make timely objection to this Report and Recommendation waives the right to appellate review of the factual and legal issues addressed herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

The Clerk is not to forward a copy of the petition to the appropriate state agency until further order of the Court.

This report and recommendation **terminates the referral** to the undersigned Magistrate Judge unless and until the matter is re-referred.

ENTERED on January 8, 2016.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE