THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SOLOMON NESTOR BACA, )
)
         Petitioner, )
)
v. ) Case No. CIV-15-1335-R
)
UNITED STATES OF AMERICA, )
)
         Respondent. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered January 8, 2016 [Doc. No. 6]. In the Report and Recommendation, Judge Erwin recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied in light of Petitioner's financial resources and that this matter be dismissed without prejudice to refiling unless Petitioner pays the $5.00 filing fee within twenty (20) days from any order adopting the Report and Recommendation. The Court finds that the Report and Recommendation is ADOPTED in its entirety, the motion for leave to proceed *in forma pauperis* is DENIED and Petitioner is directed to pay the $5.00 filing fee within twenty (20) days from the date of this Order or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE