IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NESTOR SOLOMAN BACA,                )
                                    )
    Petitioner,                     )
                                    )
v.                                  )    Case No. CIV-15-1335-R
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Respondent.                     )

# ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered April 28, 2016. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this case is hereby DISMISSED.

IT IS SO ORDERED this 23rd day of May, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1